UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees of the Ohio Laborers' :
Fringe Benefit Programs :
:
      Plaintiff, :
:
vs. : Case No. 2:10-CV-830
:
Trax Contracting, Inc., fka Blaze Construction, Inc. : Judge Marbley
: Magistrate Judge Abel
      Defendant. :

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties, the within cause is hereby dismissed with prejudice, provided however, that nothing in this order bars Plaintiffs from auditing the Defendant's payroll records for periods after June 30, 2010 and enforcing any findings.

      SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

   s/Steven L. Ball
_____
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road, Suite 1
Columbus, Ohio 43220
614/447-8550
Trial Attorney for Plaintiffs

   s/Jonathan D. Greenberg
_____
Jonathan D. Greenberg (0000687)
Walter & Haverfield LLP
The Tower at Erieview
1301 E. 9th St., Suite 3500
Cleveland, Ohio 44114-1827
216/781-1212
Attorney for Defendant